**Fill in this information to identify the case:**

Debtor name    **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-15918**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  9, 2017**            X **/s/ Raymond E. Ibarra**
                                            Signature of individual signing on behalf of debtor

                                            **Raymond E. Ibarra**
                                            Printed name

                                            **Vice President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-15918**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................   $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................   $     **404,480.20**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................   $     **404,480.20**

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **2,224,544.53**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     **2,014,804.32**

4.   **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b        $     **4,239,348.85**

**Fill in this information to identify the case:**

Debtor name **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-15918**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$2,300.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Checking Account** | **1751** | **$59,698.82** |
| 3.2. | **Ocean Bank** | **Checking Account** | **1205** | **$128,753.50** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$190,752.32**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit for September Home and Remodeling Show Miami Beach** | **$4,100.00** |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Aqua Life Corp. d/b/a Pinch A Penny #43**                    Case number *(If known)* **17-15918**
Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                              | $4,100.00 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          8,176.92          -          0.00          = ....          $8,176.92
                          face amount                doubtful or uncollectible accounts

11b. Over 90 days old:          1,837.97          -          0.00          =....          $1,837.97
                          face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                              | $10,014.89 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** 1 pallet of concrete | 5/17/17 | $260.00 | Cost | $260.00 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Miscellaneous Inventory and Parts.  Detailed list available upon request. | 5/10/17 | $165,676.00 | Liquidation | $165,676.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**                                                                              | $165,936.00 |
    Add lines 19 through 22.  Copy the total to line 84.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number *(If known)* **17-15918** |
|---|---|---|
| | Name | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Itemized list available upon request. | $16,726.24 | Liquidation | $16,726.24 |
| 40. **Office fixtures** Air Conditioning Unit - Value included in 39 above. Itemized list available upon request. | $0.00 | | $0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers -  Value included in 39 above. Itemized list available upon request. | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $16,726.24 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number *(If known)* **17-15918** |
|---|---|---|
| | Name | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **Motor Vehicles - Itemized list attached as Exhibit B-47.** | **$16,950.75** | **KBBTradeIn Value** | **$16,950.75** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$16,950.75** |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **Retail Store located at 11035 SW 40 Street, Miami, Florida 33165** | **Leasehold** | **$0.00** | | **$0.00** |

Schedule A/B Assets - Real and Personal Property

Debtor    **Aqua Life Corp. d/b/a Pinch A Penny #43**                                    Case number *(If known)* **17-15918**
          Name

| 55.2. | **Warehouse located at 12301 SW 56 Street, Miami, Florida 33175-5516** | Leasehold | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | | | | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Pinch a Penny Franchisee** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** **Customer lists and information** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | | | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number *(If known)* **17-15918** |
|---|---|---|
| | Name | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>        Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>        Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| **Worker's Compensation Policy #0520-31320-0** | **$0.00** |
| **Commercial Property Insurance Policy #2AA101586** | **$0.00** |
| **Constructions Liability Insurance Policy #CPS2630062** | **$0.00** |
| **Auto Insurance Policy #4150160012901** | **$0.00** |
| 74.    **Causes of action against third parties (whether or not a lawsuit**<br>        **has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of**<br>        **every nature, including counterclaims of the debtor and rights to**<br>        **set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets,<br>        country club membership | |

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Aqua Life Corp. d/b/a Pinch A Penny #43**                                    Case number *(If known)* **17-15918**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $190,752.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,014.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $165,936.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,726.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,950.75 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $404,480.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $404,480.20 |

**Exhibit "B-47"**

| Aqua Life Vehicle List | | | |
|---|---|---|---|
| **Make** | **Model** | **Year** | **VIN** |
| **Officers** | | | |
| Honda | CR-V EX-L | 2007 | JHLRE38757C009963 |
| **Construction** | | | |
| Ford | F250 Super Duty | 2004 | 1FTNX20L04EB39495 |
| Ford | F250 Super Duty | 2004 | 1FTNW20P54EA51953 |
| **Renovations** | | | |
| Honda | Ridgeline RTL | 2006 | 2HJYK16576H542721 |
| **Repairs** | | | |
| Nissan | NV Cargo | 2013 | 1N6AF0LY7DN101465 |
| **Service** | | | |
| Ford | Ranger | 2011 | 1FTKR1AD0BPA84515 |
| Ford | Ranger | 2010 | 1FTKR1AD8APA30376 |
| Ford | Ranger | 2010 | 1FTKR1AD4APA60412 |
| Ford | Ranger | 2002 | 1FTYR10U52PA49478 |
| **Utility** | | | |
| Look | Trailer | 2015 | 53BLTEA15FFUO14732 |

**Fill in this information to identify the case:**

Debtor name   **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-15918**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

| 2.1 | **Ocean Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**780 NW Le Jeune Road
Miami, FL 33126**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/16/2004**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Mortgage - Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

**$1,467,678.00**     **Unknown**

| 2.2 | **Ocean Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**780 NW Le Jeune Road
Miami, FL 33126**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/16/2004**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$199,000.00**     **Unknown**

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number (if know) | **17-15918** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Pinch A Penny, Inc.; Sunwholesale Supply, Inc.; Porpoise Pool & Patio;
2. Ocean Bank; and
3. Wells Fargo Commercial Distribution

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pinch-A-Penny, Inc.** | Describe debtor's property that is subject to a lien | **$139,438.15** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Personal Property** | | |

**PO Box 6025**
**Clearwater, FL 33758-6025**

Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/21/1999**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Pinch A Penny, Inc.; Sunwholesale Supply, Inc.; Porpoise Pool & Patio;
2. Ocean Bank; and
3. Wells Fargo Commercial Distribution

---

| 2.4 | **Porpoise Pool & Patio** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Personal Property** | | |

**14480 62nd Street North**
**Clearwater, FL 33760**

Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/21/1999**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Pinch A Penny, Inc.; Sunwholesale Supply, Inc.; Porpoise Pool & Patio;
2. Ocean Bank; and
3. Wells Fargo Commercial Distribution

---

| 2.5 | **Sun Wholesale Supply, Inc.** | Describe debtor's property that is subject to a lien | **$287,333.38** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Personal Property** | | |

**14480 62nd Street North**
**Clearwater, FL 33758**

---

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | | Case number (if know) | **17-15918** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **UCC-1** |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **1/21/1999** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| 1. Pinch A Penny, Inc.; Sunwholesale Supply, Inc.; Porposie Pool & Patio; | ☐ Unliquidated |
| 2. Ocean Bank; and | ☐ Disputed |
| 3. Wells Fargo Commercial Distribution | |

| | | | | |
|---|---|---|---|---|
| 2.6 | **Wells Fargo Commercial Distribution** | Describe debtor's property that is subject to a lien | $131,095.00 | Unknown |
| | Creditor's Name | **Personal Property subject to PMSI Financing** | | |
| | **Finance, LLC** | | | |
| | **5595 Trillium Boulevard** | | | |
| | **Hoffman Estates, IL 60192** | | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **UCC-1 / Floor Plan Financing** |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,224,544.53 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **EMANUEL & ZWIEBEL, PLLC** | | |
| **7900 Peters Road** | Line **2.6** | |
| **Building B, Suite 100** | | |
| **Atten: Eric Zwiebel** | | |
| **Fort Lauderdale, FL 33324** | | |

Debtor    **Aqua Life Corp. d/b/a Pinch A Penny #43**      Case number (if know)    **17-15918**
       Name

| | |
|---|---|
| **EMANUEL & ZWIEBEL, PLLC**<br>**7900 Peters Road**<br>**Building B, Suite 100**<br>**Atten: Ronald M. Emanuel**<br>**Fort Lauderdale, FL 33324** | Line __2.6__ |
| **Ocean Bank**<br>**780 NW 42nd Avenue, Suite 500**<br>**Atten:  Michael R. Carroll**<br>**Miami, FL 33126-5540** | Line __2.1__ |
| **Ocean Bank**<br>**780 NW 42nd Avenue, Suite 500**<br>**Atten:  Michael R. Carroll**<br>**Miami, FL 33126-5540** | Line __2.2__ |
| **Pinch A Penny, Inc.**<br>**14480 62nd Street North**<br>**Clearwater, FL 33760** | Line __2.3__ |
| **Pinch A Penny, Inc.**<br>**6385 150th Avenue North**<br>**Clearwater, FL 33760** | Line __2.3__ |
| **Quarles & Brady LLP**<br>**101 East Kennedy Boulevard, Suite 3400**<br>**Atten: Philip V. Martino**<br>**Tampa, FL 33602** | Line __2.4__ |
| **Quarles & Brady LLP**<br>**101 East Kennedy Boulevard, Suite 3400**<br>**Atten: Philip V. Martino**<br>**Tampa, FL 33602** | Line __2.5__ |
| **Quarles & Brady LLP**<br>**101 East Kennedy Boulevard, Suite 3400**<br>**Atten: Philip V. Martino**<br>**Tampa, FL 33602** | Line __2.3__ |
| **WEISSMAN & DERVISHI, P.A.**<br>**One Southeast Third Avenue, Suite 1700**<br>**Atten: Brian S. Dervishi**<br>**Miami, FL 33131** | Line __2.1__ |
| **WEISSMAN & DERVISHI, P.A.**<br>**One Southeast Third Avenue, Suite 1700**<br>**Atten: Peter A. Tappert**<br>**Miami, FL 33131** | Line __2.1__ |
| **WEISSMAN & DERVISHI, P.A.**<br>**One Southeast Third Avenue, Suite 1700**<br>**Atten: Brian S. Dervishi**<br>**Miami, FL 33131** | Line __2.2__ |
| **WEISSMAN & DERVISHI, P.A.**<br>**One Southeast Third Avenue, Suite 1700**<br>**Atten: Peter A. Tappert**<br>**Miami, FL 33131** | Line __2.2__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **17-15918**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Ana Ibarra**<br>**3705 SW 110th Avenue**<br>**Miami, FL 33165**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$183,095.09** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **8981** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$99.87** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **8981** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,102.14** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Fidel Rodriguez**<br>**7705 SW 86 Street, Apt B**<br>**Miami, FL 33143**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$41,307.19** |

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number *(if known)* | **17-15918** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Florida Department of Revenue**
**5050 W Tennessee Street**
**Tallahassee, FL 32399-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $646.93 |
|---|---|---|---|

**FloriGas**
**PO Box 35-1840**
**Miami, FL 33135-1840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $860.85 |
|---|---|---|---|

**Home Depot Credit Services**
**Dept. 32 - 2191847692**
**PO Box 9001030**
**Louisville, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt.**

Last 4 digits of account number  **7692**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Humberto Reyes**
**c/o Sina Negahbani, Esq.**
**PO Box 566055**
**Miami, FL 33256-6055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Law Suit.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,458.54 |
|---|---|---|---|

**Jet Line Products Miami**
**5 Jacobus Ave**
**South Kearney, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Rodriguez**
**c/o Sina Negahbani, Esq.**
**PO Box 566055**
**Miami, FL 33256-6055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Law Suit.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number (if known) | **17-15918** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111,548.48** |
|---|---|---|---|

**Luis E. Ibarra**
**13100 SW 103rd Terrace**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Loan__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217,248.25** |
|---|---|---|---|

**Luis F. Ibarra**
**3705 SW 110th Avenue**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Loan__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Osvaldo Perez Borroto**
**c/o Sina Negahbani, Esq.**
**PO Box 566055**
**Miami, FL 33256-6055**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Law Suit.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115,538.06** |
|---|---|---|---|

**Perez & Rodriguez, P.A.**
**95 Merrick Way, Suite 600**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Legal Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,510.36** |
|---|---|---|---|

**Polimix USA, LLC**
**11790 NW South River Drive**
**Medley, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade Debt.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154,042.65** |
|---|---|---|---|

**Ralu Corp.**
**11035 Bird Road**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Loan__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$542,677.46** |
|---|---|---|---|

**Raymond E. Ibarra**
**4950 SW 63rd Avenue**
**Miami, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number (if known) | **17-15918** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,211.04** |
|---|---|---|---|
| | **SCP Distributors, LLC**<br>**Dept#0594**<br>**PO Box 250001**<br>**Orlando, FL 32885-0594** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,677.59** |
|---|---|---|---|
| | **SCP Distributors, LLC**<br>**Dept#0594**<br>**PO Box 250001**<br>**Orlando, FL 32885-0594** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$620,000.00** |
|---|---|---|---|
| | **Silvio Rodriguez**<br>**c/o Sina Negahbani, Esq.**<br>**PO Box 566055**<br>**Miami, FL 33256-6055** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Judgment; on appeal and avoidable under 11 USC 547** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Susette Cardenas**<br>**c/o Sina Negahbani, Esq.**<br>**PO Box 566055**<br>**Miami, FL 33256-6055** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Law Suit.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,779.82** |
|---|---|---|---|
| | **Watkins Manufacturing, Corp.**<br>**1280 Park Center Drive**<br>**Vista, CA 92081-8398** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Florida Department of Revenue**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | Line  **3.5** | _ |
| | | ☐ Not listed. Explain ____ | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ **0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | | Case number (*if known*) | **17-15918** |
| | Name | | | |

**5b. Total claims from Part 2**

5b. + $                    2,014,804.32

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.  $                    2,014,804.32

**Fill in this information to identify the case:**

Debtor name    **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-15918**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Debtor's warehouse; (year to year commencing January 1, 2017); Debtor is lessee** | |
| | State the term remaining | **7 Months** | |
| | List the contract number of any government contract | | **L&R Ibarra Investments, LLC**<br>**12301 SW 56th Street**<br>**Miami, FL 33175** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement dated September 8, 2016 (5 years); Debtor is franchisee** | |
| | State the term remaining | **4 years, 4 months** | |
| | List the contract number of any government contract | | **Pinch-A-Penny, Inc.**<br>**PO Box 6025**<br>**Clearwater, FL 33758-6025** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Debtor's retail premises (year to year commencing January 1, 2017); Debtor is the lessee** | |
| | State the term remaining | **7 months** | |
| | List the contract number of any government contract | | **Ralu Corp**<br>**11035 SW 40 Street**<br>**Miami, FL 33165** |

**Fill in this information to identify the case:**

Debtor name      **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)      **17-15918**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Ana Ibarra** | **3705 SW 110th Avenue Miami, FL 33165** | **Pinch-A-Penny, Inc.** | ☑ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Ana Ibarra** | **3705 SW 110th Avenue Miami, FL 33165** | **Porpoise Pool & Patio** | ☑ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Ana Ibarra** | **3705 SW 110th Avenue Miami, FL 33165** | **Sun Wholesale Supply, Inc.** | ☑ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Ana Ibarra** | **3705 SW 110th Avenue Miami, FL 33165** | **Wells Fargo Commercial Distribution** | ☑ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Ana Ibarra** | **3705 SW 110th Avenue Miami, FL 33165** | **Ocean Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Aqua Life Corp. d/b/a Pinch A Penny #43**    Case number *(if known)*    **17-15918**

---

███    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.6 | Aqua Life IV, Corp. | 11035 SW 40th Street<br>Miami, FL 33165 | Ocean Bank | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Blanca Ibarra | | Sun Wholesale Supply, Inc. | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Blanca Ibarra | | Porpoise Pool & Patio | ■ D  __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Blanca Ibarra | | Pinch-A-Penny, Inc. | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Celina Ibarra | 4950 SW 63rd Avenue<br>Miami, FL 33175 | Pinch-A-Penny, Inc. | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Celina Ibarra | 4950 SW 63rd Avenue<br>Miami, FL 33175 | Porpoise Pool & Patio | ■ D  __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Celina Ibarra | 4950 SW 63rd Avenue<br>Miami, FL 33175 | Sun Wholesale Supply, Inc. | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Luis E. Ibarra | 13100 SW 103rd Terrace<br>Miami, FL 33186 | Ocean Bank | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number *(if known)* | **17-15918** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Luis E. Ibarra**<br>**13100 SW 103rd Terrace**<br>**Miami, FL 33186** | **Pinch-A-Penny, Inc.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Luis E. Ibarra**<br>**13100 SW 103rd Terrace**<br>**Miami, FL 33186** | **Porpoise Pool &**<br>**Patio** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Luis E. Ibarra**<br>**13100 SW 103rd Terrace**<br>**Miami, FL 33186** | **Sun Wholesale**<br>**Supply, Inc.** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Luis E. Ibarra**<br>**13100 SW 103rd Terrace**<br>**Miami, FL 33186** | **Wells Fargo**<br>**Commercial**<br>**Distribution** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Luis F. Ibarra**<br>**3705 SW 110th Avenue**<br>**Miami, FL 33165** | **Ocean Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Luis F. Ibarra**<br>**3705 SW 110th Avenue**<br>**Miami, FL 33165** | **Pinch-A-Penny, Inc.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Luis F. Ibarra**<br>**3705 SW 110th Avenue**<br>**Miami, FL 33165** | **Porpoise Pool &**<br>**Patio** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Luis F. Ibarra**<br>**3705 SW 110th Avenue**<br>**Miami, FL 33165** | **Sun Wholesale**<br>**Supply, Inc.** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Aqua Life Corp. d/b/a Pinch A Penny #43**          Case number *(if known)*    **17-15918**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22  **Luis F. Ibarra** | 3705 SW 110th Avenue<br>Miami, FL 33165 | **Wells Fargo Commercial Distribution** | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.23  **Ralu Corporation** | 11035 Bird Road<br>Miami, FL 33165 | **Ocean Bank** | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.24  **Ralu Corporation** | 11035 Bird Road<br>Miami, FL 33165 | **Ocean Bank** | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.25  **Raymond E. Ibarra** | 4950 SW 63rd Avenue<br>Miami, FL 33175 | **Ocean Bank** | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.26  **Raymond E. Ibarra** | 4950 SW 63rd Avenue<br>Miami, FL 33175 | **Pinch-A-Penny, Inc.** | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.27  **Raymond E. Ibarra** | 4950 SW 63rd Avenue<br>Miami, FL 33175 | **Porpoise Pool & Patio** | ■ D  __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.28  **Raymond E. Ibarra** | 4950 SW 63rd Avenue<br>Miami, FL 33175 | **Sun Wholesale Supply, Inc.** | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.29  **Raymond E. Ibarra** | 4950 SW 63rd Avenue<br>Miami, FL 33175 | **Wells Fargo Commercial Distribution** | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Aqua Life Corp. d/b/a Pinch A Penny #43** | Case number *(if known)* | **17-15918** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Blanca Ibarra**<br><br>Guarantor | **Pinch-A-Penny, Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G  __2.2__ |
| 2.31 | **Celina Ibarra** | 4950 SW 63rd Avenue<br>Miami, FL 33175<br>Guarantor | **Pinch-A-Penny, Inc.** ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.32 | **Luis E. Ibarra** | 13100 SW 103rd Terrace<br>Miami, FL 33186<br>Guarntor | **Pinch-A-Penny, Inc.** ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.33 | **Raymond E. Ibarra** | 4950 SW 63rd Avenue<br>Miami, FL 33175<br>Guarantor | **Pinch-A-Penny, Inc.** ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name    **Aqua Life Corp. d/b/a Pinch A Penny #43**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-15918**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other   **Business Operations** | **$1,686,477.39** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other   **Business Operations** | **$4,344,823.62** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other   **Business Operations** | **$4,314,440.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

---

Debtor    Aqua Life Corp. d/b/a Pinch A Penny #43                    Case number (if known)  17-15918

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.    **See attached SOFA 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See attached SOFA 4** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jorge Rodriguez v. Aqua Life Corp** <br> **132016CA005342000001** | **Labor Related** | **Miami-Dade County Eleventh Circuit Court 73 W. Flagler Street Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Osvaldo Perez Borroto v. Aqua Life Corp** <br> **132016CA004696000001** | **Labor Related** | **Miami-Dade County Eleventh Circuit Court 73 W. Flagler Street Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Aqua Life Corp. d/b/a Pinch A Penny #43**                     Case number *(if known)* **17-15918**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Susette Cardenas v. Aqua Life Corp**<br>132016CA004375000001 | **Labor Related** | **Miami-Dade County Eleventh Circuit Court**<br>73 W. Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Silvio Rodriguez v. Aqua Life Corp**<br>132015CA005390000001 | **Labor Related** | **Miami-Dade County Eleventh Circuit Court**<br>73 W. Flagler Street<br>Miami, FL 33130 | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.5.  **Humberto Reyes v. Aqua Life Corp**<br>132010CA043274000001 | **Labor Related** | **Miami-Dade County Eleventh Circuit Court**<br>73 W. Flagler Street<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Aqua Life Corp. d/b/a Pinch A Penny #43**                                Case number *(if known)*   **17-15918**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ehrenstein Charbonneau Calderin** **501 Brickell Key Dr** **Suite 300** **Miami, FL 33131** | **Attorney fees for pre-petition general insolvency** | **April 28, 2017** | **$7,500.00** |
| | Email or website address **www.ecclegal.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Ehrenstein Charbonneau Calderin** **501 Brickell Key Dr** **Suite 300** **Miami, FL 33131** | **Chapter 11 filing fee** | **May 4, 2017** | **$1,717.00** |
| | Email or website address **www.ecclegal.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Ehrenstein Charbonneau Calderin** **501 Brickell Key Dr** **Suite 300** **Miami, FL 33131** | **Bankruptcy retainer for Chapter 11 fees and costs** | **May 4, 2017** | **$25,000.00** |
| | Email or website address **www.ecclegal.com** | | | |
| | Who made the payment, if not debtor? **Aqualife IV Corp** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**

| Debtor | Aqua Life Corp. d/b/a Pinch A Penny #43 | Case number *(if known)* | 17-15918 |
|---|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | XXXX-8608 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/30/2016 | $7,156.27 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Aqua Life Corp. d/b/a Pinch A Penny #43 | Case number *(if known)* 17-15918 |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Storage Warehouse<br>12301 SW 40 Street<br>Miami, FL 33131 | Luis E. Ibarra and Raymond I. Ibarra | Overstocked inventory | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | Aqua Life Corp. d/b/a Pinch A Penny #43 | Case number *(if known)* 17-15918 |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Raymond E. Ibarra 4950 SW 63rd Avenue Miami, FL 33155 | **1985 - Present** |
| 26a.2. | Reinaldo Azan, CPA 1005 SW 87 Avenue Miami, FL 33174 | **July 2014 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Reinaldo Azan, CPA 1005 SW 87 Avenue Miami, FL 33174 | **July 2014 to Present** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | Pinch-A-Penny, Inc. 15156 62nd Street North Clearwater, FL 33760 | **1985 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Aqua Life Corp. 11035 Bird Road Miami, FL 33165 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Aqua Life Corp. d/b/a Pinch A Penny #43 | Case number *(if known)* 17-15918 |
|---|---|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Raymond I. Ibarra | Daily | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Aqua Life Corp. 11035 Bird Road Miami, FL 33165 |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ana Ibarra | 3705 SW 110th Avenue Miami, FL 33165 | President / Service Department Supervisor | 25 1/2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Raymond E. Ibarra | 4950 SW 63rd Avenue Miami, FL 33175 | Vice President / Director / General Manager Retail | 24 1/2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luis E. Ibarra | 13100 SW 103rd Terrace Miami, FL 33186 | Secretary / Director / General Manager Construction | 24 1/2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luis F. Ibarra | 3705 SW 110th Avenue Miami, FL 33165 | Treasurer / Director / Renovation Department Supervisor | 25 1/2% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

| Debtor | Aqua Life Corp. d/b/a Pinch A Penny #43 | Case number *(if known)* 17-15918 |
| --- | --- | --- |

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  9, 2017**

**/s/ Raymond E. Ibarra**                                    **Raymond E. Ibarra**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Exhibit "SOFA 3"

| Details | Posting Date | Description | Amount | Type | Check # |
|---------|--------------|-------------|--------|------|---------|
| DEBIT | 5/10/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -4,049.09 | ACH_DEBIT | |
| DEBIT | 5/3/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -6,105.65 | ACH_DEBIT | |
| DEBIT | 4/26/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -2,444.35 | ACH_DEBIT | |
| DEBIT | 4/19/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -4,976.10 | ACH_DEBIT | |
| DEBIT | 4/13/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -3,464.84 | ACH_DEBIT | |
| DEBIT | 4/5/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -5,272.12 | ACH_DEBIT | |
| DEBIT | 3/29/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -2,397.61 | ACH_DEBIT | |
| DEBIT | 3/22/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -3,051.97 | ACH_DEBIT | |
| DEBIT | 3/15/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -3,332.41 | ACH_DEBIT | |
| DEBIT | 3/8/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -4,150.36 | ACH_DEBIT | |
| DEBIT | 3/1/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -2,584.57 | ACH_DEBIT | |
| DEBIT | 2/22/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -3,433.68 | ACH_DEBIT | |
| DEBIT | 2/15/2017 | ALLIED UNIVERSAL ACH    305-888-2623   CCD ID: 5330903620 | -2,687.54 | ACH_DEBIT | |
| | | | -47,950.29 | | |
| DEBIT | 3/31/2017 | AMERICAN EXPRESS ACH PMT   W1026      WEB ID: 2005032111 | -44,177.49 | ACH_DEBIT | |
| DEBIT | 2/28/2017 | AMERICAN EXPRESS ACH PMT   W3952      WEB ID: 2005032111 | -29,036.95 | ACH_DEBIT | |
| DEBIT | 5/1/2017 | AMERICAN EXPRESS ACH PMT   W9738      WEB ID: 2005032111 | -21,045.77 | ACH_DEBIT | |
| | | | -94,260.21 | | |
| DEBIT | 3/14/2017 | AVMED INC.      AVMED INC M60015400641   WEB ID: 1911718107 | -2,377.79 | ACH_DEBIT | |
| DEBIT | 4/14/2017 | AVMED INC.      AVMED INC M60083460603   WEB ID: 1911718107 | -2,377.79 | ACH_DEBIT | |
| DEBIT | 4/20/2017 | AVMED INC.      AVMED INC M60094346091   WEB ID: 1911718107 | -1,900.08 | ACH_DEBIT | |
| DEBIT | 2/14/2017 | AVMED INC.      AVMED INC M8857999014    WEB ID: 1911718107 | -2,377.79 | ACH_DEBIT | |
| | | | -9,033.45 | | |
| CHECK | 2/14/2017 | Bank of America(002061052) | -4,195.29 | | CHECK 3634 |
| CHECK | 3/3/2017 | Bank of America(002061052) | -4,195.29 | | CHECK 3676 |
| CHECK | 4/11/2017 | Bank of America(002061052) | -4,195.29 | | CHECK 3732 |
| DEBIT | 4/21/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -170.00 | ACH_DEBIT | |
| DEBIT | 4/21/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -25.75 | ACH_DEBIT | |
| DEBIT | 4/10/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -3,753.88 | ACH_DEBIT | |
| DEBIT | 3/21/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -500.00 | ACH_DEBIT | |
| DEBIT | 3/21/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -261.65 | ACH_DEBIT | |
| DEBIT | 2/16/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -3,500.00 | ACH_DEBIT | |
| DEBIT | 2/16/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -84.78 | ACH_DEBIT | |
| DEBIT | 2/10/2017 | BANK OF AMERICA  QRMT Pymt  RAYMOND IB     CCD ID: 3001190310 | -1.08 | ACH_DEBIT | |
| | | | -20,883.01 | | |
| DEBIT | 3/21/2017 | CITI CARD ONLINE PAYMENT   122278958841819 WEB ID: CITICTP | -71.98 | ACH_DEBIT | |
| CHECK | 4/25/2017 | Citi card (7204) | -3,000.00 | | CHECK 7084 |
| CHECK | 2/21/2017 | Citi card (8373) | -3,628.52 | | CHECK 7447 |
| CHECK | 2/10/2017 | Citi card (9181) | -3,000.00 | | CHECK 7205 |
| | | | -9,700.50 | | |
| CHECK | 2/14/2017 | CY Rojas | -5,120.00 | | CHECK 3643 |
| CHECK | 3/13/2017 | CY Rojas   Concrete pump | -3,875.00 | | CHECK 3696 |
| | | | -8,995.00 | | |
| CHECK | 2/17/2017 | Dr Concrete Finish Corp. | -6,500.00 | | CHECK 3644 |
| CHECK | 4/6/2017 | Dr Concrete Finish Corp. | -9,900.00 | | CHECK 3737 |
| CHECK | 3/27/2017 | Dr Concrete Finish Corp. | -7,950.00 | | CHECK 3716 |
| CHECK | 3/7/2017 | Dr Concrete Finish Corp. | -1,700.00 | | CHECK 3681 |
| CHECK | 3/20/2017 | Dr Concrete Finish Corp. | -1,580.00 | | CHECK 3697 |
| CHECK | 5/5/2017 | Dr Concrete Finish Corp. | -7,300.00 | | CHECK 3770 |
| CHECK | 3/20/2017 | Dr Concrete Finish Corp. | -3,650.00 | | CHECK 3621 |
| | | | -38,580.00 | | |
| CHECK | 2/14/2017 | FLORIGAS | -2,170.78 | | CHECK 3646 |
| CHECK | 3/22/2017 | FLORIGAS | -1,424.51 | | CHECK 3716 |
| CHECK | 4/17/2017 | FLORIGAS | -1,887.12 | | CHECK 3734 |
| CHECK | 5/1/2017 | Florigas | -3,018.91 | | CHECK 3778 |
| | | | -8,501.32 | | |
| DEBIT | 4/20/2017 | FLA DEPT REVENUE C01     00000011925060 CCD ID: 7596001874 | -629.33 | ACH_DEBIT | |
| DEBIT | 3/17/2017 | FLA DEPT REVENUE C01     00000011925060 CCD ID: 7596001874 | -629.33 | ACH_DEBIT | |
| DEBIT | 2/17/2017 | FLA DEPT REVENUE C01     00000011925060 CCD ID: 7596001874 | -629.33 | ACH_DEBIT | |
| DEBIT | 4/20/2017 | FLA DEPT REVENUE C01     00000012418704 CCD ID: 7596001874 | -12,875.26 | ACH_DEBIT | |
| DEBIT | 3/17/2017 | FLA DEPT REVENUE C01     00000012418704 CCD ID: 7596001874 | -9,636.29 | ACH_DEBIT | |
| DEBIT | 2/17/2017 | FLA DEPT REVENUE C01     00000012418704 CCD ID: 7596001874 | -8,387.33 | ACH_DEBIT | |
| | | | -32,786.87 | | |
| DEBIT | 3/20/2017 | GE CAP SOLUTIONS PAYABLES  0000000       CCD ID: 2943054016 | -3,442.00 | ACH_DEBIT | |
| DEBIT | 3/15/2017 | GE CAP SOLUTIONS PAYABLES  0000000       CCD ID: 2943054016 | -2,244.11 | ACH_DEBIT | |
| DEBIT | 2/22/2017 | GE CAP SOLUTIONS PAYABLES  0000000       CCD ID: 2943054016 | -17,675.00 | ACH_DEBIT | |
| DEBIT | 2/21/2017 | GE CAP SOLUTIONS PAYABLES  0000000       CCD ID: 2943054016 | -115.25 | ACH_DEBIT | |
| DEBIT | 2/15/2017 | GE CAP SOLUTIONS PAYABLES  0000000       CCD ID: 2943054016 | -2,242.95 | ACH_DEBIT | |
| | | | -25,719.31 | | |
| CHECK | 4/28/2017 | LLaguno Corp. | -4,050.00 | | CHECK 3775 |
| CHECK | 3/20/2017 | LLaguno Corp.  SPA DELIVERY | -5,210.00 | | CHECK 3712 |
| | | | -9,260.00 | | |
| DEBIT | 3/28/2017 | MIAMIDADEPROPTAX 3053755452 474148050    WEB ID: 2911925808 | -33,994.99 | ACH_DEBIT | |
| DEBIT | 3/28/2017 | MIAMIDADEPROPTAX 3053755452 474148829    WEB ID: 2911925808 | -8,909.68 | ACH_DEBIT | |
| DEBIT | 3/28/2017 | MIAMIDADEPROPTAX 3053755452 474149544    WEB ID: 2911925808 | -4,894.54 | ACH_DEBIT | |
| DEBIT | 3/28/2017 | MIAMIDADEPROPTAX 3053755452 474150195    WEB ID: 2911925808 | -4,177.76 | ACH_DEBIT | |
| DEBIT | 3/28/2017 | MIAMIDADEPROPTAX 3053755452 474150650    WEB ID: 2911925808 | -2,696.83 | ACH_DEBIT | |

Exhibit "SOFA 3"

| Details | Posting Date | Description | Amount | Type | Check # |
|---|---|---|---|---|---|
| | | | -54,673.80 | | |
| CHECK | 3/14/2017 | M S Finish and Design | -23,283.00 | | CHECK 3690 |
| CHECK | 4/27/2017 | M S Finish and Design | -18,626.00 | | CHECK 3765 |
| | | | -41,909.00 | | |
| CHECK | 2/15/2017 | Ocean Bank (20227252063) | -1,118.62 | | CHECK 3647 |
| CHECK | 3/14/2017 | Ocean Bank (20227252063) | -1,010.37 | | CHECK 3692 |
| CHECK | 4/12/2017 | Ocean Bank (20227252063) | -1,118.62 | | CHECK 3744 |
| CHECK | 2/17/2017 | Ocean Bank (20227252064) | -8,673.21 | | CHECK 3656 |
| CHECK | 3/27/2017 | Ocean Bank (20227252064) | -8,673.21 | | CHECK 3709 |
| CHECK | 4/19/2017 | Ocean Bank (20227252064) | -8,673.21 | | CHECK 3752 |
| CHECK | 2/28/2017 | Ocean Bank (39286) RI | -1,199.82 | | CHECK 3672 |
| CHECK | 4/3/2017 | Ocean Bank (39286) RI | -1,099.84 | | CHECK 3727 |
| | | | -31,566.90 | | |
| CHECK | 2/21/2017 | Pinch - A - Penny , Inc. | -2,329.84 | | CHECK 3661 |
| CHECK | 3/1/2017 | Pinch - A - Penny , Inc. | -4,921.05 | | CHECK 3665 |
| CHECK | 3/1/2017 | Pinch - A - Penny , Inc. | -7,230.66 | | CHECK 3675 |
| CHECK | 3/13/2017 | Pinch - A - Penny , Inc. | -4,614.82 | | CHECK 3698 |
| CHECK | 3/15/2017 | Pinch - A - Penny , Inc. | -8,579.07 | | CHECK 3703 |
| CHECK | 3/22/2017 | Pinch - A - Penny , Inc. | -3,655.97 | | CHECK 3714 |
| CHECK | 4/10/2017 | Pinch - A - Penny , Inc. | -8,587.95 | | CHECK 3743 |
| CHECK | 4/24/2017 | Pinch - A - Penny , Inc. | -6,190.22 | | CHECK 3764 |
| CHECK | 4/26/2017 | Pinch - A - Penny , Inc. | -7,944.48 | | CHECK 3769 |
| CHECK | 5/3/2017 | Pinch-A-Penny Inc | -6,114.72 | | CHECK 3781 |
| | | | -60,168.78 | | |
| CHECK | 2/13/2017 | Polimix USA LLC | -19,743.35 | | CHECK 3648 |
| CHECK | 4/24/2017 | Polimix USA LLC | -2,713.95 | | CHECK 3760 |
| | | | -22,457.30 | | |
| DEBIT | 2/22/2017 | RetailFirst Ins E-CHECK FRF052020170221 CCD ID: 3596656927 | -2,186.83 | ACH_DEBIT | |
| DEBIT | 3/23/2017 | RetailFirst Ins E-CHECK FRF052020170322 CCD ID: 3596656927 | -2,186.83 | ACH_DEBIT | |
| DEBIT | 4/25/2017 | RetailFirst Ins E-CHECK FRF052020170424 CCD ID: 3596656927 | -2,186.83 | ACH_DEBIT | |
| | | | -6,560.49 | | |
| CHECK | 4/28/2017 | Smart Choice USA Corp | -2,976.00 | | CHECK 3780 |
| CHECK | 3/3/2017 | Smart Choice USA Corp. | -150 | | CHECK 3683 |
| CHECK | 3/3/2017 | Smart Choice USA Corp. | -996 | | CHECK 3686 |
| CHECK | 3/10/2017 | Smart Choice USA Corp. | -2,712.00 | | CHECK 3699 |
| CHECK | 3/31/2017 | Smart Choice USA Corp. | -1,044.00 | | CHECK 3728 |
| CHECK | 4/10/2017 | Smart Choice USA Corp. | -1,730.00 | | CHECK 3740 |
| CHECK | 4/17/2017 | Smart Choice USA Corp. | -1,010.00 | | CHECK 3751 |
| | | | -10,618.00 | | |
| CHECK | 4/10/2017 | Sun Wholesale Supply Co, Inc | -65,285.91 | | CHECK 3742 |
| CHECK | 2/13/2017 | Sun Wholesale Supply Co, Inc. | -38,946.70 | | CHECK 3640 |
| CHECK | 4/24/2017 | Sun Wholesale Supply Co, Inc. | -4,349.57 | | CHECK 3763 |
| CHECK | 4/26/2017 | Sun Wholesale Supply Co, Inc. | -21,697.77 | | CHECK 3768 |
| CHECK | 2/21/2017 | Sun Wholesale Supply Co, Inc. | -5,829.26 | | CHECK 3652 |
| CHECK | 2/21/2017 | Sun Wholesale Supply Co, Inc. | -4,565.06 | | CHECK 3660 |
| CHECK | 3/1/2017 | Sun Wholesale Supply Co, Inc. | -8,536.51 | | CHECK 3663 |
| CHECK | 3/1/2017 | Sun Wholesale Supply Co, Inc. | -9,198.38 | | CHECK 3664 |
| CHECK | 3/15/2017 | Sun Wholesale Supply Co, Inc. | -356.03 | | CHECK 3704 |
| CHECK | 3/22/2017 | Sun Wholesale Supply Co, Inc. | -4,934.62 | | CHECK 3713 |
| CHECK | 4/12/2017 | Sun Wholesale Supply Co, Inc. | -8,130.97 | | CHECK 3746 |
| CHECK | 4/17/2017 | Sun Wholesale Supply Co, Inc. | -32,488.82 | | CHECK 3750 |
| CHECK | 4/19/2017 | Sun Wholesale Supply Co, Inc. | -17,849.04 | | CHECK 3755 |
| CHECK | 5/1/2017 | Sun Wholesale Supply Company | -7,100.83 | | CHECK 3779 |
| CHECK | 5/3/2017 | Sun Wholesale Supply Company | -10,325.06 | | CHECK 3782 |
| | | | -239,594.53 | | |
| CHECK | 3/9/2017 | TRUCK AND EQUIPMENT SOLUTION | -3,300.00 | | CHECK 3684 |
| CHECK | 3/13/2017 | TRUCK AND EQUIPMENT SOLUTION | -2,570.00 | | CHECK 3689 |
| CHECK | 4/10/2017 | TRUCK AND EQUIPMENT SOLUTION | -7,180.00 | | CHECK 3741 |
| | | | -13,050.00 | | |
| DEBIT | 2/16/2017 | WATKINS MANUFACT BT0215 000000041154949 CCD ID: 9953196675 | -179.95 | ACH_DEBIT | |
| DEBIT | 3/6/2017 | WATKINS MANUFACT BT0303 000000041863613 CCD ID: 9953196675 | -6,180.46 | ACH_DEBIT | |
| DEBIT | 3/28/2017 | WATKINS MANUFACT BT0327 000000042689833 CCD ID: 9953196675 | -1,198.36 | ACH_DEBIT | |
| DEBIT | 4/21/2017 | WATKINS MANUFACT BT0420 000000043735611 CCD ID: 9953196675 | -2,554.86 | ACH_DEBIT | |
| DEBIT | 5/4/2017 | WATKINS MANUFACT BT0503 000000044310445 CCD ID: 9953196675 | -953.84 | ACH_DEBIT | |
| | | | -11,067.47 | | |
| DEBIT | 4/14/2017 | WELLS FARGO CDF EDI PYMNTS 032330597 CCD ID: 7943054016 | -3,788.61 | ACH_DEBIT | |
| DEBIT | 4/14/2017 | WELLS FARGO CDF EDI PYMNTS 032330646 CCD ID: 7943054016 | -6,190.00 | ACH_DEBIT | |
| DEBIT | 4/17/2017 | WELLS FARGO CDF EDI PYMNTS 032339329 CCD ID: 7943054016 | -2,510.61 | ACH_DEBIT | |
| DEBIT | 5/3/2017 | WELLS FARGO CDF EDI PYMNTS 032547834 CCD ID: 7943054016 | -25,115.00 | ACH_DEBIT | |
| DEBIT | 5/4/2017 | WELLS FARGO CDF EDI PYMNTS 032549470 CCD ID: 7943054016 | -26,455.00 | ACH_DEBIT | |
| | | | -64,059.22 | | |
| CHECK | 5/1/2017 | YORK ELECTRICAL | -2,500.00 | | CHECK 3739 |
| CHECK | 3/10/2017 | YORK ELECTRICAL | -4,500.00 | | CHECK 3691 |
| CHECK | 4/17/2017 | YORK ELECTRICAL | -2,500.00 | | CHECK 3747 |
| | | | -9,500.00 | | |

**Exhibit "SOFA-4"**

| Insider | Date | Amount | Description | | | | |
|---|---|---|---|---|---|---|---|
| Luis F. Ibarra | 11/30/2016 | -2,098.82 | Ditech | Bill Pmt -Check | 3530 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 01/06/2017 | -2,098.82 | Ditech | Bill Pmt -Check | 3592 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 02/27/2017 | -2,098.82 | Ditech | Bill Pmt -Check | 3678 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 06/01/2016 | -2,098.82 | Green Tree | Bill Pmt -Check | 3205 | 895084424 | Chase Bank |
| Luis F. Ibarra | 06/28/2016 | -2,098.82 | Green Tree | Bill Pmt -Check | 3265 | 895084424 | Chase Bank |
| Luis F. Ibarra | 08/08/2016 | -2,098.82 | Green Tree | Bill Pmt -Check | 3340 | 895084424 | Chase Bank |
| Luis F. Ibarra | 09/08/2016 | -2,098.82 | Green Tree | Bill Pmt -Check | 3392 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 10/14/2016 | -2,098.82 | Green Tree | Bill Pmt -Check | 3458 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 11/01/2016 | -2,203.76 | Green Tree | Bill Pmt -Check | 3482 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 02/06/2017 | -2,098.82 | Green Tree | Bill Pmt -Check | 3636 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 04/04/2017 | -2,098.82 | Green Tree | Bill Pmt -Check | 3735 | 0053168225 | Chase Bank |
| Luis F. Ibarra | 06/13/2016 | -264.21 | | Check | 3232 | Reimbursement for job expenses | |
| **-23,456.17** | | | | | | | |
| Raymond Ibarra | 03/02/2017 | -3,800.00 | Raymond Ibarra | Check | 1001 | | 104 · Ocean Bank |
| Raymond Ibarra | 03/17/2017 | -3,800.00 | Raymond Ibarra | Check | 1006 | | 104 · Ocean Bank |
| Raymond Ibarra | 04/03/2017 | -3,800.00 | Raymond Ibarra | Check | 1012 | | 104 · Ocean Bank |
| **-11,400.00** | | | | | | | |
| Fidel Rodriguez | 05/12/2016 | -1,887.12 | | Check | 3154 | | Chase Bank |
| Fidel Rodriguez | 06/08/2016 | -1,887.12 | | Check | 3223 | | Chase Bank |
| Fidel Rodriguez | 07/08/2016 | -1,887.12 | | Check | 3292 | | Chase Bank |
| Fidel Rodriguez | 08/09/2016 | -1,887.12 | | Check | 3349 | | Chase Bank |
| Fidel Rodriguez | 09/09/2016 | -1,887.12 | | Check | 3400 | | Chase Bank |
| Fidel Rodriguez | 10/18/2016 | -1,887.12 | | Check | 3460 | | Chase Bank |
| Fidel Rodriguez | 11/11/2016 | -1,887.12 | | Check | 3505 | | Chase Bank |
| Fidel Rodriguez | 12/13/2016 | -1,887.12 | | Check | 3545 | | Chase Bank |
| Fidel Rodriguez | 01/10/2017 | -1,887.12 | | Check | 3599 | | Chase Bank |
| Fidel Rodriguez | 02/15/2017 | -1,887.12 | | Check | 3658 | | Chase Bank |
| Fidel Rodriguez | 03/14/2017 | -1,887.12 | | Check | 3705 | | Chase Bank |
| Fidel Rodriguez | 04/13/2017 | -1,887.12 | | Check | 3749 | | Chase Bank |
| **-22,645.44** | | | | | | | |

# United States Bankruptcy Court
## Southern District of Florida

In re  __Aqua Life Corp. d/b/a Pinch A Penny #43__                    Case No.  __17-15918__
                                                        Debtor(s)                    Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ana Ibarra**<br>**3705 SW 110th Avenue**<br>**Miami, FL 33165** | | **25 1/2%** | |
| **Luis E. Ibarra**<br>**13100 SW 103rd Terrace**<br>**Miami, FL 33186** | | **24 1/2%** | |
| **Luis F. Ibarra**<br>**3705 SW 110th Avenue**<br>**Miami, FL 33165** | | **25 1/2%** | |
| **Raymond E. Ibarra**<br>**4033 SW 62nd Avenue**<br>**Miami, FL 33155** | | **24 1/2%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   __June  9, 2017__                    Signature  __/s/ Raymond E. Ibarra__
                                                        __Raymond E. Ibarra__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Aqua Life Corp. d/b/a Pinch A Penny #43**          Case No.    **17-15918**
                                           Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  9, 2017**                               **/s/ Raymond E. Ibarra**

                                                      **Raymond E. Ibarra**/Vice President
                                                      Signer/Title