**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*  Case No.: 17-15918-BKC-RAM

AQUA LIFE CORP. d/b/a PINCH-A-PENNY #43,  Chapter 11

    Debtor.      /

## DEBTOR IN POSSESSION'S WITNESS LIST

AQUA LIFE, CORP. d/b/a PINCH-A-PENNY #43 (the "Debtor"), by and through undersigned counsel, and pursuant to this Court's *Order Setting Prehearing Conference and Deadlines for Future Evidentiary Confirmation Hearing* [ECF# 233] entered on June 21, 2018, which sets the prehearing conference in this matter for June 27, 2018 at 10:00 a.m. (the "Evidentiary Hearing"), files the *Debtor's Witness List* of individuals whom the Debtor intends to call at the Evidentiary Hearing as follows:

1. Kerry-Ann M. Rin, CPA, CIRA
   One Biscayne Tower, Suite 2690
   2 S. Biscayne Boulevard
   Miami, Florida 33131

   Testimony: Ms. Rin is expected to testify as to as to all elements of Section 1129 related to financial and accounting matters as well as all financial and accounting matters raised in the *Objection to Confirmation of Debtor's and Motion to Convert to Chapter 7 and for Substantive Consolidation of Ralu Corporation* [ECF #224] filed by Susette Cardenas, Osvaldo Perez-Barroto, Jorge Rodriguez, Silvio Rodriguez, and Humberto Reyes (collectively, the "Litigation Claimants") and (ii) the *United States Trustee's Objection to Confirmation of Debtor's Plan* [ECF #226], including, if applicable and without limitation, feasibility, best interest of creditors, and solvency.

2. Raymond E. Ibarra
   11035 Bird Road
   Miami, Florida 33165



**501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com**

Testimony: Mr. Ibarra is expected to testify as to matters concerning the Debtor's operations and history.

3. Javier Rodriguez, Esq. is expected to testify as to matters related to the Litigation Claimants' claims.

4. Any witness listed by the Litigation Claimants in their respective disclosures.

5. In addition to the foregoing, the Debtor will call any additional witness(es) not otherwise named above as Rebuttal Witness(es).

The Debtor reserves the right to supplement and/or amend its Witness List.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via *Hand Delivery* to the parties on the below Service List on June 26, 2018.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

**AGENTIS PLLC**
*Counsel for Debtor-in-Possesion*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002

By:  /s/ Jacqueline Calderin
     Jacqueline Calderin, Attorney at Law
     Florida Bar Number 134414
     jc@agentislaw.com

**Via Hand Delivery:**

Daniel Gonzalez, Esq.
*Counsel for Litigation Claimants*
Meland • Russin • Budwick
200 S Biscayne Blvd #3200
Miami, FL 33131
E: dgonzalez@melandrussin.com

United States Bankruptcy Court
C. Clyde Atkins United States Courthouse
301 N. Miami Avenue,
The Honorable Robert A. Mark
Courtroom 4
Miami, Florida 33128
E: marcy_gatell@flsb.uscourts.gov

Steven D. Schneiderman, Trial Attorney
Office of the United States Trustee
51 S.W. 1st Avenue, 12th Floor
Miami, Florida 33130
E: Steven.D.Schneiderman@usdoj.gov



2