UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

AQUA LIFE CORP. d/b/a PINCH-A-PENNY #43,

Case No: 17-15918-BKC-RAM

Chapter 11

Debtor.
_____/

# EXHIBIT REGISTER
(1 OF 3)

Exhibits Submitted on behalf of:

i). Creditors and claimants Susette Cardenas, Osvaldo Perez-Borroto, Jorge Rodriguez, Silvio Rodriguez and Humberto Reyes; and ii). The United States Trustee

| | |
|---|---|
| Date of Hearing: | June 27, 2018 at 10:00 a.m. |
| Type of Hearing: | Confirmation Hearing regarding First Amended Plan of Reorganization by Aqua Life Corp. d/b/a Pinch a Penny #43 [ECF No. 162] |
| Submitted by: | Daniel N. Gonzalez, Esquire
Fla. Bar No. 592749
dgonzalez@melandrussin.com
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221
*Attorneys for Claimants*

and

Steven D. Schneiderman, Esq.
Office of the United States Trustee
51 S.W. 1st Avenue, 12th Floor
Miami, Florida 33130
*Attorneys for United States Trustee* |

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| A. | 6/23/17 | Debtor's Monthly Operating Report for May 2017 | 68 | | | |
| B. | 7/31/17 | Debtor's Monthly Operating Report for June 2017 | 79 | | | |
| C. | 8/25/17 | Debtor's Monthly Operating Report for July 2017 | 87 | | | |
| D. | 9/20/17 | Debtor's Monthly Operating Report for August 2017 | 94 | | | |
| E. | 10/30/17 | Debtor's Monthly Operating Report for September 2017 | 110 | | | |
| F. | 11/21/17 | Debtor's Monthly Operating Report for October 2017 | 119 | | | |
| G. | 12/21/17 | Debtor's Monthly Operating Report for November 2017 | 122 | | | |
| H. | 1/24/18 | Debtor's Monthly Operating Report for December 2017 | 137 | | | |
| I. | 3/02/18 | Debtor's Monthly Operating Report for January 2018 | 157 | | | |
| J. | 3/26/18 | Debtor's Monthly Operating Report for February 2018 | 161 | | | |
| K. | 4/25/18 | Debtor's Monthly Operating Report for March 2018 | 181 | | | |
| L. | 6/01/18 | Debtor's Monthly Operating Report for April 2018 | 201 | | | |
| M. | 6/12/18 | Debtor's Monthly Operating Report for May 2018 | 216 | | | |

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| N. | 1/05/18 | Debtor's Disclosure Statement in Support of Plan of Reorganization | 128 | | | |
| O. | 1/05/18 | Debtor's Plan of Reorganization | 127 | | | |
| P. | 4/11/18 | Debtor's Amended Disclosure Statement in Support of First Amended Plan of Reorganization | 163 | | | |
| Q. | 4/11/18 | Debtor's First Amended Plan of Reorganization | 162 | | | |
| R. | 5/04/18 | Debtor's Second Amended Disclosure Statement in Support of First Amended Plan of Reorganization | 186 | | | |
| S. | 8/28/17 | Pinch-A-Penny Proof of Claim | POC 5 | | | |
| T. | 9/15/17 | Ocean Bank Proof of Claim | POC 8 | | | |
| U. | 9/18/17 | Susette Cardenas' Proof of Claim | POC 10 | | | |
| V. | 9/18/17 | Osvaldo Perez-Borroto's Proof of Claim | POC 11 | | | |
| W. | 9/18/17 | Jorge Rodriguez's Proof of Claim | POC 12 | | | |
| X. | 9/18/17 | Silvio Rodriguez's Proof of Claim | POC 13 | | | |
| Y. | 9/18/17 | Humberto Reyes' Proof of Claim | POC 14 | | | |
| Z. | 5/10/17 | Petition | 1 | | | |

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| AA. | 5/11/17 | Chapter 11 Case Management Summary | 7 | | | |
| BB. | 5/11/17 | Debtor's Emergency Motion Pursuant to 11 U.S.C §§ 105, 361, 362 and 363, Bankruptcy Rules 4001(B) and 6003, and Local Rules 4001-2 and 9013-1, for Interim Order (A) Authorizing Use of Cash Collateral, (B) Finding that Secured Creditors are Adequately Protected, and (C) Scheduling Final Hearing | 9 | | | |
| CC. | 5/15/17 | Notice of Filing of Proposed Interim Budget | 23 | | | |
| DD. | 5/19/17 | Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral on an Interim Basis and (B) Provide Adequate Protection Therewith; and (II) Setting Final Hearing on June 7, 2017 at 11:00 A.M. | 34 | | | |
| EE. | 6/09/17 | Initial Schedules | 52 | | | |
| FF. | 6/12/17 | Final Order Authorizing Debtor to Obtain Unsecured Credit as an Administrative Expense Pursuant to Section 364(B) of the Bankruptcy Code | 57 | | | |
| GG. | 6/16/17 | Final Order Authorizing the Debtor to Use Cash Collateral and Finding Secured Creditors Adequately Protected in Connection Therewith | 63 | | | |
| HH. | 7/06/17 | Amended Schedules | 71 | | | |
| II. | 10/16/17 | Debtor-In-Possession's Motion for Post-Petition Financing | 105 | | | |
| JJ. | 11/02/17 | Order Extending the Exclusive Periods for Filing a Plan of Reorganization and | 113 | | | |

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| | | Soliciting Acceptances Thereof | | | | |
| KK. | 11/16/17 | Debtor's Unopposed Motion to Extend Term of Final Order Authorizing the Debtor to Use Cash Collateral and Finding Secured Creditors Adequately Protected in Connection Therewith | 117 | | | |
| LL. | 11/20/17 | Notice of Filing of Corrected Budget | 118 | | | |
| MM. | 11/22/17 | Agreed Order Extending Term of Final Order Authorizing the Debtor to Use Cash Collateral and Finding Secured Creditors Adequately Protected in Connection Therewith | 120 | | | |
| NN. | 1/08/18 | Notice of Filing of Corrected Liquidation Analysis | 131 | | | |
| OO. | 2/01/18 | Debtor's Second Unopposed Motion to Extend Term of Use of Cash Collateral and Finding Secured Creditors Adequately Protected in Connection Therewith | 140 | | | |
| PP. | 2/02/18 | United States Trustee's Limited Objection to the Debtor's Second Unopposed Motion to Extend Term of Use of Cash Collateral | 141 | | | |
| QQ. | 2/02/18 | Notice of Filing of Corrected Budget | 144 | | | |
| RR. | 2/05/18 | Agreed Order Granting Debtor's Second Unopposed Motion to Extend Term of Use of Cash Collateral and Finding Secured Creditors Adequately Protected in Connection Therewith | 146 | | | |
| SS. | 2/09/18 | Order Granting Debtor's Unopposed Motion to (I) Extend Deadlines to File Amended Disclosure Statement and | 152 | | | |

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| | | Objections Thereto and (II) Continue Hearing on Disclosure Statement for Thirty Days | | | | |
| TT. | 4/25/18 | Debtor's Emergency Motion to Extend Term of Use of Cash Collateral and Finding Secured Creditors Adequately Protected in Connection Therewith | 183 | | | |
| UU. | 5/04/18 | Agreed Order Granting Debtor's Emergency Third Unopposed Motion to Extend Term of Use of Cash Collateral and Finding Secured Creditors Adequately Protected in Connection Therewith | 185 | | | |
| VV. | 7/20/17 | First Interim Application of Jacqueline Calderin and Ehrenstein Charbonneau Calderin for Allowance of Compensation and Reimbursement of Expenses as Counsel for Debtor In Possession | 74 | | | |
| WW. | 7/26/17 | First Interim Application of Javier J. Rodriguez, Esq. and Perez & Rodriguez, P.A. for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for Debtor In Possession | 76 | | | |
| XX. | 10/12/17 | Second Interim Application of Jacqueline Calderin and Ehrenstein Charbonneau Calderin for Allowance of Compensation and Reimbursement of Expenses as Counsel for Debtor In Possession | 99 | | | |
| YY. | 10/12/17 | Second Interim Application of Javier J. Rodriguez, Esq. and Perez & Rodriguez, P.A. for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for Debtor In Possession | 100 | | | |
| ZZ. | 6/6/18 | Third and Final Application of Javier J. Rodriguez, Esq. and Perez & Rodriguez, P.A. for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for Debtor In Possession | 204 | | | |

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| AAA. | 6/6/18 | Ocean Bank's Motion to Allow Reasonable Attorneys' Fees | 205 | | | |
| BBB. | 6/7/18 | Third and Final Application of Jacqueline Calderin and Ehrenstein Charbonneau Calderin for Allowance of Compensation and Reimbursement of Expenses as Counsel for Debtor In Possession | 206 | | | |
| CCC. | 6/8/18 | Summary of First and Final Application of Reinaldo L. Azan, CPA and the Firm of Reinaldo L. Azan, CPA for Allowance of Compensation and Reimbursement of Expenses as Accountant and Bookkeeper for Debtor In Possession | 208 | | | |
| DDD. | 6/13/18 | Summary of First and Final Application of Jacqueline Calderin, Esq. and Agentis PLLC for Allowance of Compensation and Reimbursement of Expenses as Counsel for Debtor In Possession | 218 | | | |
| EEE. | 11/02/17 | Final Order Approving Post-Petition Financing | 112 | | | |
| FFF. | 6/22/18 | Confirmation Affidavit of Raymond E. Ibarra | 238 | | | |
| GGG. | 6/22/18 | Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to Be Deposited, Certificate of Amount Deposited and Payment of Fees | 239 | | | |
| HHH. | 2013 | Debtor's Balance Sheet for 2013 | | | | |
| III. | 2014 | Debtor's Balance Sheet for 2014 | | | | |
| JJJ. | 2015 | Debtor's Balance Sheet for 2015 | | | | |

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| KKK. | 2016 | Debtor's Balance Sheet for 2016 | | | | |
| LLL. | 2017 | Debtor's Balance Sheet for 2017 | | | | |
| MMM. | 2014 | Debtor's Profit and Loss Statement for 2014 | | | | |
| NNN. | 2015 | Debtor's Profit and Loss Statement for 2015 | | | | |
| OOO. | 2016 | Debtor's Profit and Loss Statement for 2016 | | | | |
| PPP. | 01/2017 – 05/2017 | Debtor's Profit and Loss Statement for January through May 2017 | | | | |
| QQQ. | 01/01/17 | Lease for 11035 SW 40th Street, Miami, FL 33165 between Ralu Corp. and Debtor (AQUA000072 – 79) | | | | |
| RRR. | | Miami-Dade Property Appraiser's Report for 11035 SW 40th Street, Miami, FL 33165 | | | | |
| SSS. | 12/16/14 | Ocean Bank Line of Credit Promissory Note (AQUA000080 – 81) | | | | |
| TTT. | 2016 | Ocean Bank Line of Credit X2063 Statements (AQUA000082 – 116) | | | | |
| UUU. | 12/16/14 | Loan Closing Statement and Disbursement Approval for Ocean Bank Mortgage (AQUA001363 – 1612) | | | | |
| VVV. | 12/16/14 | Ocean Bank Loan Promissory Note signed by Debtor and Ralu (AQUA001094 – 1102) | | | | |
| WWW. | 2015-2018 | Ocean Bank Mortgage Account X2064 Statements (AQUA001313 – 1362) | | | | |

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| XXX. | 05/13 – 09/13 | Bank of America Account X8608 Statements – May 2013 – September 2013 (AQUA000974 – 1005); October 2013 – December 2013 (Not Bates Stamped) | | | | |
| YYY. | 12/2014 | Bank of America Account X8608 Statements – December 2014 (AQUA000558 – 560) | | | | |
| ZZZ. | 2014-2015 | Bank of America Account X8608 Statements – June 2014 – May 2015 (AQUA000561 – 563) | | | | |
| AAAA. | 01/2015 – 12/2015 | Bank of America Account X8608 Statements – January 2015 – December 2015 (AQUA001006 – 1041) | | | | |
| BBBB. | 01/2016 – 12/2016 | Bank of America Account X8608 Statements – January 2016 – December 2016 (AQUA001042 – 1093) | | | | |
| CCCC. | 01/2015 – 12/2015 | Chase Account X1751 Statements – January 2015 – December 2015 (AQUA000564 – 784) January 31, 2015 – February 27, 2015 (Not Bates Stamped) | | | | |
| DDDD. | 01/2016 – 12/2016 | Chase Account X1751 Statements – January 2016 – December 2016 (AQUA000785 – 864) | | | | |
| EEEE. | 01/2017 – 05/2017 | Chase Account X1751 Statements – January 2017 – May 2017 (AQUA000865 – 900) | | | | |
| FFFF. | 8/09/10 | Complaint *Humberto Reyes v. Aqua Life Corp., d/b/a Pinch A Penny #43*, Case No. 16-43274 CA 25 in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida | | | | |
| GGGG. | 2/23/16 | Complaint *Susette Cardenas v. Aqua Life Corp., d/b/a Pinch A Penny #43*, Case No. 16-4696 CA 01 in the Circuit Court | | | | |

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

| Exhibit Letter | Date | Description | ECF No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| | | for the 11th Judicial Circuit in and for Miami-Dade County, Florida | | | | |
| HHHH. | 2/25/16 | Complaint *Osvaldo Perez-Borroto v. Aqua Life Corp., d/b/a Pinch A Penny #43*, Case No. 10-43274 CA 25 in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida | | | | |
| IIII. | 3/03/16 | Complaint *Jorge Rodriguez v. Aqua Life Corp., d/b/a Pinch A Penny #43*, Case No. 16-5342 CA 01 in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida | | | | |
| JJJJ. | 3/06/15 | Complaint *Silvio Rodriguez v. Aqua Life Corp., d/b/a Pinch A Penny #43*, Case No. 15-5390 CA 01 in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida | | | | |
| KKKK. | | Miami-Dade Property Appraiser's Report for 12301 SW 56th St., Miami, FL 33175 | | | | |
| LLLL. | | Miami-Dade Property Appraiser's Report for 11035 SW 40th Street, Miami, FL 33165 | | | | |
| MMMM. | 2013 - 2017 | Summary of Insider Payments | | | | |
| NNNN. | 2013 | Aqua Life Corp. Financial Journal for 2013 (AQUA 003262 – 3652) | | | | |
| OOOO. | 2014 | Aqua Life Corp. Financial Journal for 2014 (AQUA 004961 – 5407) | | | | |
| PPPP. | 2015 | Aqua Life Corp. Financial Journal for 2015 (not labeled) | | | | |
| QQQQ. | 2016 | Aqua Life Corp. Financial Journal for 2016 (AQUA 003737 – 4284) | | | | |

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

| **Exhibit Letter** | **Date** | **Description** | **ECF No.** | **Admitted** | **Refused** | **Not Introduced** |
|---|---|---|---|---|---|---|
| RRRR. | 01/2017 – 06/2017 | Aqua Life Corp. Financial Journal for January – June 2017 (AQUA 004285 – 4485) | | | | |
| SSSS. | 4/24/18 4/25/18 | Email exchange with Jacqueline Calderin, Steven Schneiderman and Daniel Gonzalez | | | | |
| TTTT. | | Chase Account X1751 Statements January 2014 – December 2014 [Not Bates Stamped] | | | | |
| UUUU. | 6/25/18 | Debtor in Possession's Motion for Authority to Repay Post-Petition Financing Advanced by Principals | 247 | | | |
| VVVV. | 6/26/18 | Notice of Filing Updated Cash Flow Projections for 4 years from the effective date1 | 251 | | | |
| WWWW. | | Expert Report of Jonathan Gerszberg, DVM | | | | |
| XXXX. | | All impeachment exhibits | | | | |
| YYYY. | | All rebuttal exhibits | | | | |
| ZZZZ. | | All exhibits on Debtor's exhibit register | | | | |
| AAAAA. | | Subpoena documents[1] | | | | |

---

[1] Pending receipt of documents from third parties.