UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

AQUA LIFE CORP. d/b/a PINCH-A-PENNY #43,

Case No: 17-15918-BKC-RAM

Chapter 11

Debtor.
_____/

# CLAIMANTS' WITNESS LIST

Claimants,[1] pursuant to the Court's *Order (1) Setting Deadline for Debtor to File Fourth Amended Disclosure Statement and Deadline for Objections, (2) Setting Hearing to Consider Approval of Disclosure Statement and Prehearing Conference on Contested Confirmation Issues, and (3) Continuing Hearing on Various Motion* [ECF No. 283], provide notice of their intent to call the following as witnesses at the evidentiary hearing on confirmation of the above-captioned Debtor's plan of reorganization [ECF No. 162]:

**Susette Cardenas**
c/o Sina Negahbani, Esq.
8500 SW 92 Street, #206
Miami, FL 33156

Brief summary of testimony: Mrs. Cardenas, an ex-employee of the Debtor and an unsecured creditor in this case, will provide testimony regarding the Debtor's business practices, reliability of the Debtor's projections, and the basis for her claim.

**Osvaldo Perez-Borroto**
c/o Sina Negahbani, Esq.
8500 SW 92 Street, #206
Miami, FL 33156

Brief summary of testimony: Mr. Perez-Borroto, an ex-employee of the Debtor and an unsecured creditor in this case, will provide testimony regarding the Debtor's business practices and the basis for his claim.

---

[1] "Claimants" shall mean Sussette Cardenas ("***Mrs. Cardenas***"), Osvaldo Perez-Borroto ("***Mr. Borroto***"), Jorge Rodriguez ("***Mr. J. Rodriguez***"), Silvio Rodriguez ("***Mr. S. Rodriguez***"), and Humberto Reyes ("***Mr. Reyes***").

**Jorge Rodriguez**
c/o Sina Negahbani, Esq.
8500 SW 92 Street, #206
Miami, FL 33156

Brief summary of testimony: Mr. Rodriguez, an ex-employee of the Debtor and an unsecured creditor in this case, will provide testimony regarding the Debtor's business practices and the basis for his claim.

**Silvio Rodriguez**
c/o Sina Negahbani, Esq.
8500 SW 92 Street, #206
Miami, FL 33156

Brief summary of testimony: Mr. Rodriguez, an ex-employee of the Debtor and an unsecured creditor in this case, will provide testimony regarding the Debtor's business practices and the basis for his claim.

**Humberto Reyes**
c/o Sina Negahbani, Esq.
8500 SW 92 Street, #206
Miami, FL 33156

Brief summary of testimony: Mr. Reyes, an ex-employee of the Debtor and an unsecured creditor in this case, will provide testimony regarding the Debtor's business practices and the basis for his claim.

**Raymond Ibarra, in his capacity as corporate representative of Aqua Life Corp. d/b/a Pinch-A-Penny # 43**
c/o Jacqueline Calderin, Esq.
501 Brickell Key Drive, Suite 300
Miami, FL 33131

Brief summary of testimony: The Claimants will question Mr. Ibarra regarding the Debtor's business practices, the Debtor's Chapter 11 Plan, the feasibility of the Debtor's Chapter 11 Plan, and the Debtor's operations and reporting to the Court post-petition.

**Ocean Bank Corporate Representative**
c/o Peter A. Tappert, Esq.
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131

Brief summary of testimony:  The Claimants will question the Ocean Bank corporate representative on the Debtor's debt obligations to Ocean Bank and the underlying loan documents.

**Pinch a Penny Corporate Representative**
c/o Philip V. Martino, Esq.
101 East Kennedy Boulevard
Suite 3400
Tampa, Florida 33602

Brief summary of testimony:  The Claimants will question the Pinch a Penny corporate representative on its franchise agreement with the Debtor, as well as the assignability and marketability of such agreement, and the Debtor's historical purchases from Pinch a Penny.

**Jonathan Gerszberg**
Marcus & Millichap
5201 Blue Lagoon Drive, Suite 100
Miami, Florida 33126

Brief summary of testimony: Mr. Gerszberg will opine on the value of the property owned by Ralu Corp. located at 11035 SW 40th Street, Miami, Florida 33165.

**All witnesses listed on Debtor's witness list.**

**All rebuttal witnesses.**

**All impeachment witnesses.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing on October 3, 2018, upon the Registered Users listed on the attached **Exhibit 1**.

        s/Joshua W. Dobin
        Joshua W. Dobin, Esquire
        Florida Bar No. 93696
        jdobin@melandrussin.com
        Daniel N. Gonzalez, Esquire
        Fla. Bar No. 592749
        dgonzalez@melandrussin.com
        MELAND RUSSIN & BUDWICK, P.A.
        3200 Southeast Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 358-6363
        Facsimile: (305) 358-1221
        *Attorneys for Claimants*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin     jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com
- Michael R. Carroll     mcarroll@oceanbank.com
- Brian S Dervishi     bdervishi@wdpalaw.com, service@wdpalaw.com
- Joshua W Dobin     jdobin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Ronald M Emanuel     ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com;eservice@emzwlaw.com
- Daniel N Gonzalez     dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;dgonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Philip V. Martino     philip.martino@quarles.com, christy.soberanis@quarles.com;DocketFL@quarles.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Steven D Schneiderman     Steven.D.Schneiderman@usdoj.gov
- Peter A Tappert     ptappert@wdpalaw.com, service@wdpalaw.com
- Tamara Van Heel     tvh@agentislaw.com, tvh@ecf.courtdrive.com;nsocorro@agentislaw.com;bankruptcy@agentislaw.com
- Eric B Zwiebel     eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**EXHIBIT 1**