**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

*In re:*                                                                                  Case No.: 17-15918-BKC-RAM

AQUA LIFE CORP. d/b/a PINCH-A-         Chapter 11
PENNY #43,

_____Debtor._____/

**DEBTOR IN POSSESSION'S WITNESS LIST**

AQUA LIFE, CORP. d/b/a PINCH-A-PENNY #43 (the "Debtor"), by and through undersigned counsel, and pursuant to this Court's *Order (I) Setting Deadline for Debtor to File Fourth Amended Disclosure Statement and Deadline for Objections, (2) Setting Hearing to Consider Approval of Disclosure Statement and Prehearing Conference on Contested Confirmation Issues, and (3) Continuing Hearing on Various Motion* [ECF# 283] entered on August 23, 2018, which sets the prehearing conference on contested confirmation issues on October 10, 2018 at 2:00 p.m. files the *Debtor's Witness List* of individuals whom the Debtor intends to call at the Prehearing Conference as follows:

1. Kerry-Ann M. Rin, CPA, CIRA
   One Biscayne Tower, Suite 2690
   2 S. Biscayne Boulevard
   Miami, Florida 33131

   Testimony: Ms. Rin is expected to testify: (a) as to all elements of Section 1129 related to financial and accounting matters; and (b) all financial and accounting matters raised in the *Objection to Debtor's (i) Fourth Amended Disclosure Statement in Support of Plan of Reorganization and Confirmation of Debtor's Third Amended Plan of Reorganization, and (ii) Motion to Convert to Chapter 7 and Substantive Consolidation of Ralu Corporation* [ECF## 310 and 311] filed by Susette Cardenas, Osvaldo Perez-Barroto, Jorge Rodriguez, Silvio Rodriguez, and Humberto Reyes (collectively, the "Litigation Claimants"); and any after objection filed by any interested party.

2. Raymond E. Ibarra



11035 Bird Road
Miami, Florida 33165

Testimony: Mr. Ibarra is expected to testify as to matters concerning the Debtor's operations and history.

3. Javier Rodriguez, Esq. is expected to testify as to matters related to the Litigation Claimants' claims.

4. Any witness listed by the Litigation Claimants in their respective disclosures.

5. In addition to the foregoing, the Debtor will call any additional witness(es) not otherwise named above as Rebuttal Witness(es).

The Debtor reserves the right to supplement and/or amend its Witness List.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on this 3rd day of October 2018.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

**AGENTIS PLLC**
*Counsel for Debtor-in-Possesion*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002

By: */s/ Jacqueline Calderin*
 Jacqueline Calderin, Attorney at Law
 Florida Bar Number 134414
 jc@agentislaw.com

